

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00408-CV

**BEXAR APPRAISAL DISTRICT**,
Appellant

v.

**BENSON CHEVROLET, INC.**, et al. ,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-07541
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:     Catherine Stone, Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:   July 9, 2008

DISMISSED

The parties have filed a joint motion to dismiss this appeal. The motion to dismiss is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2). Pursuant to the agreement of the parties, costs of appeal are taxed against the appellant. *See id.* at (d).


PER CURIAM